# United States District Court

__SOUTHERN__ DISTRICT OF __TEXAS__

McALLEN DIVISION

UNITED STATES OF AMERICA

V.

**Roberto URGELL-Castillanos**

YOB: 1988
POB: Mexico
<sub>Name and Address of Defendant</sub>

CRIMINAL COMPLAINT

Case Number: 7:16-po- 0435

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __May 1, 2015__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendant(s) did,
*(Track Statutory Language of Offense)*
being then and there an alien did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers:

in violation of Title __8__ United States Code, Section(s) __1325 (a) (1)__

I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following facts:

**On April 30, 2016, Roberto URGELL-Castillanos was encountered by Immigration Officers at the Hidalgo County Jail in Edinburg, Texas. An Immigration Detainer was placed upon the defendant and he was remanded to the custody of Immigration and Customs Enforcement on July 6, 2016. When questioned as to his citizenship, defendant stated that he is a citizen and national of Mexico who illegally entered the United States on or about May 1, 2015 by wading the Rio Grande River at or near Progreso, Texas.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:  ☐ Yes   ☒ No

/s/     **Stephen Venegas**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**July 7, 2016**                                               at    **McAllen, Texas**
Date                                                                   City and State

**Dorina Ramos**, **U.S. Magistrate Judge**
Name and Title of Judicial Officer                              Signature of Judicial Officer